**Order entered July 13, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01081-CV

### BARBARA LINDSEY, Appellant

### V.

### MAX F. ADLER, M.D., P.A. F/K/A PARK CITIES DERMATOLOGY CENTER A/K/A COPPELL DERMATOLOGY, ET AL., Appellees

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-07358

### ORDER

Before the Court is appellant's July 9, 2021 second unopposed motion for extension of time to file her brief.  Appellant requests a thirty-day extension to allow her an opportunity to continue to seek legal representation.

We **GRANT** the motion and **ORDER** the brief be filed no later than August 16, 2021.  Because the brief was first due June 16, 2021, we caution that further extension requests will be disfavored.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE